**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| RAMON MENDEZ, | : | No. 21 EAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court dated July 8, |
| | : | 2019 at No. 243 MD 2019. |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPARTMENT OF CORRECTIONS AND | : | |
| JOHN WETZEL, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                                            **DECIDED:  April 22, 2020**

     **AND NOW,** this 22nd day of April, 2020, the Order of the Commonwealth Court is

**AFFIRMED**.